**Order entered May 11, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00259-CV

### IN THE INTEREST OF A.R.R., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-11946**

## ORDER

Although ordered to file the reporter's record by May 4, 2016, court reporter Donna Kindle has failed to do so. Accordingly, we again **ORDER** Ms. Kindle to file the record. The record shall be filed without pre-payment of costs no later than May 23, 2016. No extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
        JUSTICE